HEATHER E. WILLIAMS (CA Bar No. 122664)
Federal Defender
LAURA MYERS (IL Bar No. 6338417)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PAUL ARZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PAUL ARZOLA,<br>Defendant. | Case No. 1:25-mj-00115-SAB<br><br>UNOPPOSED MOTION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND FED. R. CRIM. P. 32.1(C); AND TO MODIFY SURRENDER DATE; ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

Defendant Paul Arzola, through counsel, moves this Court to modify Condition #5 of his probation to alter the reporting dates for his intermittent custody. Under 18 U.S.C. § 3563(c), this Court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." Mr. Arzola further moves this Court to modify his initial surrender date—currently set for July 17, 2026—to August 7, 2026. Undersigned counsel has conferred with Joshua Banister, counsel for the government, who does not oppose the requested modification.[1]

On June 18, 2026, Mr. Arzola entered guilty pleas to Counts 2 and 4 of the criminal complaint. That same day, this Court imposed a 24-month term of unsupervised probation with an expiration date of June 18, 2028. Condition #5 of his probation requires that Mr. Arzola "be

[1] As the relief sought here is favorable to Mr. Benavides and the government does not oppose the modification, Mr. Benavides does not request a hearing on this motion. *See* Fed. R. Crim. P. 32.1(c)(2).

committed to the custody of the Bureau of Prisons to be imprisoned for a total of 20 days, to be served on the weekends." The condition provides that Mr. Arzola "may serve this term intermittently, reporting each weekend until the 20 days are fully served," and that he be given credit for any time already served. The judgment orders him to surrender for the first weekend at 10:00 a.m. on July 17, 2026.

Mr. Arzola explained to the Court that his work schedule includes a three-day weekend approximately every five weeks, and he asked if he would be able to serve his intermittent custody on those dates. This Court directed Mr. Arzola to file a motion to modify, if desired, with the exact dates he proposes.

Mr. Arzola requests that condition # 5 be modified to order him to report to serve his sentence intermittently on the following dates[2]:

- Report August 7, 2026, release August 9 (three days)
- Surrender September 14, 2026, release September 19 (six days)
- Surrender November 6, 2026, release November 8 (three days)
- Surrender November 30, 2026, release December 5 (six days)

These dates align with three-day and weeklong "weekends" built into Mr. Arzola's work schedule for the second half of the year, and therefore would permit him to serve his custody time without losing his job—thereby preserving his ability to comply with his probation terms, including paying his fine and attending the 18-month DUI program.

The above proposal is based on dates when he can serve at least three days at one time without missing work, in deference to the typical intermittent confinement lasting three days—Friday through Sunday. If this Court would prefer Mr. Arzola serve the intermittent confinement on a more compact timeline, his schedule otherwise includes rotating two-day "weekends" that often fall on weekdays.[3] A full listing of those dates for the coming months can be provided if the Court desires.

---

[2] Mr. Arzola has already served two days in custody in connection with this offense, so the proposed dates add up to 18 days.

[3] For example, next week, his "weekend" is Tuesday, July 15, and Wednesday, July 16. The following week, it is Wednesday, July 22, and Thursday, July 23.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 13, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
PAUL ARZOLA

**ORDER**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. §§ 3563(c), the Court hereby modifies condition 5 as follows:

5. The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 20 days, to be served as stated herein. Defendant may serve this term intermittently, reporting on the following dates until the 20 days are fully served:

- August 7, 2026, through August 9, 2026
- September 14, 2026, through September 19, 2026
- November 6, 2026, through November 8, 2026
- November 30, 2026, through December 5, 2026

Defendant is to be given credit for any time already served.

All other conditions previously imposed remain in full force and effect.

**IT IS FURTHER ORDERED** that defendant's initial surrender date of July 17, 2026, is modified to August 7, 2026. Defendant shall surrender to the United States Marshal for this district at 10:00 a.m. on August 7, 2026.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge