HEATHER E. WILLIAMS (CA Bar No. 122664)
Federal Defender
LAURA MYERS (IL Bar No. 6338417)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PAUL ARZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PAUL ARZOLA,<br>Defendant. | Case No. 1:25-mj-00115-SAB-1<br><br>UNOPPOSED MOTION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND FED. R. CRIM. P. 32.1(C); ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

Defendant Paul Arzola, through counsel, moves this Court to modify Condition #5 of his probation to alter the reporting dates for the third portion of his intermittent custody. Under 18 U.S.C. § 3563(c), this Court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." Undersigned counsel has conferred with Joshua Banister, counsel for the government, who does not oppose the requested modification.[1]

On June 18, 2026, Mr. Arzola entered guilty pleas to Counts 2 and 4 of the criminal complaint. That same day, this Court imposed a 24-month term of unsupervised probation with an expiration date of June 18, 2028. Condition #5 of his probation requires that Mr. Arzola "be committed to the custody of the Bureau of Prisons to be imprisoned for a total of 20 days, to be

[1] As the relief sought here is favorable to Mr. Arzola and the government does not oppose the modification, Mr. Arzola does not request a hearing on this motion. *See* Fed. R. Crim. P. 32.1(c)(2).

served on the weekends." The condition provides that Mr. Arzola "may serve this term intermittently, reporting each weekend until the 20 days are fully served," and that he be given credit for any time already served.

On July 14, 2026, at Mr. Arzola's request, this Court modified condition # 5 to order him to report to serve his sentence intermittently on the following dates, consistent with his work schedule:

- Report August 7, 2026, release August 9 (three days)
- Surrender September 14, 2026, release September 19 (six days)
- Surrender November 6, 2026, release November 8 (three days)
- Surrender November 30, 2026, release December 5 (six days)

Mr. Arzola has served the August and September portions of his intermittent confinement as ordered. Upon reviewing his fall work schedule, however, he realized his request had been off by one week for the third portion. Accordingly, Mr. Arzola respectfully requests that condition #5 be modified to order him to surrender on November 13 to serve three days, rather than on November 6. The final date range would remain unchanged.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
PAUL ARZOLA

**ORDER**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. §§ 3563(c), the Court hereby modifies condition 5 as follows:

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 20 days, to be served as stated herein. Defendant may serve this term intermittently, reporting on the following dates until the 20 days are fully served:

- August 7, 2026, through August 9, 2026
- September 14, 2026, through September 19, 2026
- November 13, 2026, through November 15, 2026
- November 30, 2026, through December 5, 2026

Defendant is to be given credit for any time already served.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge